

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

On May 8, 2015, appellee's counsel, Joseph P. Appelt filed a "Notice of Motion for Withdrawal of Counsel." In the motion, counsel asks this court for permission to withdraw from his appellate representation of appellee, Manuel G. Castro. We **DENY** counsel's motion because it does not comply with Rule 6.5 of the Texas Rules of Appellate Procedure.

Rule 6.5 states that an appellate may permit an attorney to withdraw from representing a party in the appellate court. TEX. R. APP. P. 6.5. However, any motion to withdraw must contain, among other things, a list of current deadlines and setting in the appellate court. *Id.* Counsel's motion appears to have been written as if this case were still in the trial court phase, stating: "There is no setting pending in this case. Both sides have served discovery requests to the other. There have not been any oral depositions in this case." However, this matter is now on appeal and there *are* pending deadlines. Specifically, appellee's brief was due to be filed in this court on April 29, 2015, but was not filed. When counsel failed to file the brief, this court issued a letter pursuant to Rule 38.8 of the Texas Rules of Appellate Procedure, which requires a response from appellee on or before May 18, 2015. Thus, counsel has not complied with subsection (a)(1) of Rule 6.5. *See id.*

Additionally, Rule 6.5 requires that a motion to withdraw be delivered to the client in person or mailed — both by certified and first class mail — as the client's last known address. *Id.* at R. 6.5(b). In the certificate of service, counsel states the motion was delivered to "each attorney of record or party in accordance with the *Texas Rules of Civil Procedure*." (emphasis added) Thus, it does not appear counsel served the motion in accordance with subsection (b) of Rule 6.5.

Based on the foregoing, we **DENY** counsel's motion to withdraw. Counsel is reminded that a response to this court's 38.8 letter is due May 18, 2015. Counsel is further reminded that appellee's brief, as stated in our letter, is past due.

We **order** the clerk of this court to serve a copy of this order on appellant, appellee, and Mr. Joseph P. Appelt.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court